[No. 15325–1–I.   Division One.   April 7, 1986.]

DONALD T. RILEY, ET AL, *Appellants,* v. THE SEATTLE
TIMES COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 83-2-02204-5, Frank J. Eberharter, J., entered July 31, 1984. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams, J., and Revelle, J. Pro Tem.